IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BG11, INC. and FEDERAL EXPRESS
CORPORATION,

      Plaintiffs,

v.                                            No. 1:25-cv-554-KG-KRS

CANYON CHEEK; TEAM XPRESS, LLC;
and S&S LINE, LLC,

      Defendants.

**ORDER ADOPTING JOINT STATUS REPORT AND
PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS**

    At the Rule 16 scheduling conference held on September 18, 2025, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

    **IT IS SO ORDERED this 18th day of September, 2025**.

                                                  KEVIN R. SWEAZEA
                                                  UNITED STATES MAGISTRATE JUDGE