IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BG11, INC. and FEDERAL EXPRESS
CORPORATION,

      Plaintiffs,

v.                                                                                                No. 1:25-cv-554-KG-KRS

CANYON CHEEK; TEAM XPRESS, LLC;
and S&S LINE, LLC,

      Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on the Jurisdictional Order To Show Cause And Order To File Corporate Disclosure Statements (Doc. 27) entered September 16, 2026, and the Amended Complaint (Doc. 41), filed September 26, 2025.

The Court ordered Plaintiffs to show cause by filing an amended complaint to properly allege facts sufficient for diversity jurisdiction, if such allegations could be made in compliance with the dictates of Rule 11 of the Federal Rules of Civil Procedure. (Doc. 27 at 6). Defendants then filed corporate disclosure statements in compliance with Fed. R. Civ. P. 7.1(a). (Docs. 38, 39). Plaintiffs then filed an Amended Complaint, which adequately alleges the citizenships of Defendants S&S Line, LLC and Team Xpress, LLC consistent with the information shown in Dependents' corporate disclosure statements. (Doc. 41 ¶¶ 4, 6). The Court finds that the jurisdictional allegations in the Amended Complaint are sufficient to show that there is complete diversity of citizenship between Plaintiffs and Defendants.

**ACCORDINGLY,** the Court **QUASHES** the Jurisdictional Order To Show Cause **(Doc. 27).**

IT IS SO ORDERED this 30th day of September, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE